```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 17321
   KAREN JEAN CLAYTON
   MARSHALL CLAYTON                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5905      SSN XXX-XX-8665

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/21/07 and confirmed on 11/14/07.

   2.  The case was dismissed after confirmation, 08/29/2008.

   3.  The Debtor paid a total of $   2800.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 13718.70 | .00 | 2659.05 |
| AFFINITY CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ASPEN | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| BUR COL RECO | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 851.46 | .00 | .00 |
| CONSOLIDATED PUBLIC SERV | UNSECURED | NOT FILED | .00 | .00 |
| DR SEUSS & FRIENDS SUPPL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | FILED LATE | .00 | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1068.31 | .00 | .00 |
| GENERAL COLLECTION AGENC | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 468.69 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | 279.31 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| KMB SERVICE CORP/ALLEN F | UNSECURED | 173.25 | .00 | .00 |
| SECURITY FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SECURITY FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| STREATOR ONIZED CREDIT U | UNSECURED | 196.55 | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 148.30 | .00 | .00 |

```
STREATOR ONIZED CREDIT U UNSECURED       11434.21           .00           .00
STREATOR ONIZED CREDIT U UNSECURED         431.85           .00           .00
COMED                    UNSECURED        2677.34           .00           .00
      Summary of disbursements:
-------------------------------------------------------------------------------
                SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13718.70         .00    17729.27         .00     31447.97
PRINCIPAL PAID       2659.05         .00         .00         .00      2659.05
INTEREST PAID             .00        .00         .00         .00           .00
TOTAL PAID           2659.05         .00         .00         .00      2659.05
The Debtor's attorney, DEVONA & ASSOC              , was allowed $        .00
and was paid $        .00 .

The Trustee received $    140.95 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/13/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```